## Lane, Appellant, v. Cayuta Wheel & Foundry Company.

220      603
f 36 SC  359

Argued March 18, 1908. Appeal, No. 57, Jan. T., 1908, by plaintiff, from order of C. P. Bradford Co., Dec. T., 1902, No. 436, refusing to take off nonsuit in case of Ella M. Lane v. Cayuta Wheel & Foundry Company. Before MITCHELL, C. J., BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

OPINION BY MR. JUSTICE ELKIN, April 20, 1908:

Judgment affirmed for reasons stated in the opinion in Lane v. Sayre Water Company, No. 58, January Term, 1908, ante, p. 599.